Arash Hashemi (Bar No. 222454)
Law Offices of Arash Hashemi
11845 W. Olympic Blvd Suite 520
Los Angeles, California 90064
Telephone: (310) 448-1529
Facsimile: (424) 365-3337
E-mail: arash@hashemilaw.com

Attorney for Defendant
BERTA MONTANO JIMENEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.  2:23-cr-00382-FLA-3** |
|---|---|
| Plaintiff, | DEFENDANT BERTA MONTANO JIMENEZ'S SENTENCING POSITION SUPPLEMENTAL EVIDENCE |
| v. | |
| BERTA MONTANO JIMENEZ | Hearing Date:  March 14, 2025 |
| Defendant. | Time:  9:00 A.M. |
| | Location:  Courtroom of the Hon. Fernando L. Aenlle-Rocha |

Defendant BERTA MONTANO JIMENEZ, by and through her attorney of record, ARASH HASHEMI, hereby files this First Addendum to her Sentencing Position .

DATED: March 13, 2025,          Respectfully submitted,

/s/ Arash Hashemi
ARASH HASHEMI
Attorney for Defendant,
BERTA MONTANO JIMENEZ

## I.

### INTRODUCTION

Berta Montano Jimenez appears before this Court for sentencing after pleading guilty. She wants to supplement her Sentencing Position with the following Exhibits:

- EXHIBIT A – Various Certificates obtained while in custody
- EXHIBIT B – Inmate Work Performance Rating Documents
- EXHIBIT C – Character Letters

Respectfully submitted,

/s/   Arash Hashemi

_____

ARASH HASHEMI
Attorney for Defendant,
BERTA MONTANO JIMENEZ

2