Case 2:23-cr-00382-FLA    Document 173-1    Filed 03/13/25    Page 1 of 5    Page ID #:878



"Listen, my son, and be wise, and keep your heart on the right path".

Proverbs 23:19

## This Certifies that

### *Bertha Jimenez*

has satisfactorily completed the Advanced Phase of the prescribed course of study of

## FINDING THE WAY
## ENCONTRANDO EL CAMINO

and is hereby awarded this

## CERTIFICATE of COMPLETION

*Catholic Chaplain Fermin Gomez.*

Awarded by

03/13/2024

Date

Rev 09/12

Case 2:23-cr-00382-FLA    Document 173-1    Filed 03/13/25    Page 2 of 5    Page ID #:879

This Certifies that

*Bertha Jimenez*

has satisfactorily completed the
Beginner's Phase of the
prescribed course of study of

# FINDING THE WAY
# ENCONTRANDO EL CAMINO

and is hereby awarded this

## CERTIFICATE of COMPLETION



"Listen, my son, and be wise, and keep
your heart on the right path".

Proverbs 23:19

*Catholic Chaplain Fermin Gomez.*

03/13/2024

Awarded by

Date

Rev 09/12

Case 2:23-cr-00382-FLA    Document 173-1    Filed 03/13/25    Page 3 of 5    Page ID #:880

# Certificate of Completion

Stating

# JIMENEZ, BERTHA

Has been trained, tested, and evaluated in the

## Forklift Operator Safety Training & Evaluation Course

In compliance with the California Code of Regulations, Title 8, Section 3668, and the Code of Federal Regulations, Title 29, Section 1910.178(I)

Completed on this day, April 25th, 2024 at the MDC in Los Angeles, California

Expires April 25th, 2027

B. ROTH - Instructor
(213) 485-0439

Federal Bureau of Prisons

535 N. Alameda St.
Los Angeles, CA 90012

Case 2:23-cr-00382-FLA   Document 173-1   Filed 03/13/25   Page 4 of 5   Page ID #:881

# Metropolitan Detention Center, Los Angeles, CA

## *Trauma in Life*

## CERTIFICATE OF COMPLETION

This certifies

# Berta Jimenez

Completed the Trauma in Life program.
This certificate of completion is hereby issued
this 13th day of November 2023.



_____
S. Eiland, Psy.D.
Psychology Treatment Programs

_____
L. Ihle, MA
Psychology Intern

© 2019 Great Papers

Case 2:23-cr-00382-FLA    Document 173-1    Filed 03/13/25    Page 5 of 5    Page ID #:882

# Achievement

**awarded to:**

**Berta Jimenez**

FOR SUCCESSFUL COMPLETION

OF

# GROUP READ

*N. Ananias*

**N. Ananias, Ed. Spec.**
**DATE: December 14, 2023**