Hola mi nombre es Guillermo Vasquez
y esta Carta es para ablar un poco de mi cuñada
Bertha montaño jimenez, yo la Conosco de el año 2000
Cuando ella llego a trabajar Conmigo Cuando yo era Mayordomo
y puedo desir que Ella es una Mujer muy buena.
y muy Responsable. Como empleada Como hermana de
mi esposa y Como madre Con Sus hijas.
Como persona yo puedo dasir y asegurar que es exelente.
persona. Se de Ella que estos ultimos años Se a dedicado
aparte de Atender a sus hijas. Tambien se dedica
a las laboras del Campo. ella y su familia Siembran
Verduras en un pequeño terreno que tienen.
ellos Siembran Tomatillo greenbeans. zuchines
y Cacahuates junto Con unas Chinitos.
eso es lo que yose de ella pero si quieren saber un poco
mas aqui les dejo mi informacion personal por si gustan
Comunicarse Conmigo. a la hora que sea

Guillermo Vasquez Tel 559 694 6522
Memosfarm @icloud. Com

8 - 13 - 23

hola mi nombre es Paula montaño y
Soy su hermana mayor mi hermana es
una gran persona desde pequeña ella es
muy amorosa con toda su familia y muy
responsable en todo ella le encanta trauajar
en el campo y le gusta sembras verduras ella
siempre lo a venido asiendo asta que tengo
memoria ella es muy amorosa con sus
hijos y con su familia cuando ella tenia
7 años ella nos cosino un caldo de papas y
siempre se preoculaba por nosotros y eso
que llo era la mayor ella es muy amorosa
con todos nosotros es pesial con mis sobrinos
que son sus hijos que son dos grandes y
dos chiquitos de 20 - 19 - 14 - 9 años
cada uno ellos son toda su vida de mi
hermana hoy ellos estan sufiiendo
por estos momentos que estamos pasando
por favor les pido que tengan conpacion
por los niños porque nuncan an estado
separados de ella que es su mamá.
Su hermana paula montaño s

8/13/23

Hi my name is Romeo I'm 8 years old. I wish you were out so I can give you a hug. my ant is Berta. she is a nice person to me and my family. She gives money to homeless people. Shes kind to everybody and she can help people in life. I remember whene we whent to pismo we had so much fun you made us burgers and hot dogs. We olso I found sheshels and we made a sandcasle.

8/13/25

Hi my name is Ivan Im 9
an I she is nice to us as
she good to pople and
gwat to santa cruz
Bench and mes in dsrs pan
She is good to me and
my cusans and she
wgo m sirc she gos
too and to she nici
to family and she
ffool to me and to
d my frnt and she gov
all frose

ov her.

8/13/23  Hello my name is Lopita I am 12 years old, My Tia Berta is the best Tia and one reason is because whenever I see her she has one of the biggest smiles ever. She is a very loving person, and when me and my family got toather She came running to me with her arms open for a hug. She always says hi and over all is the nicest person that I know. And that's why I think my Tia Berta should get out of Jail and let her go free so she can be with her family.

8/13/23

Hello my name is Esteban Gutierrez and I am 13 years old. I am also the younger brother of Berta Montano to be more specific. I view my sister Berta as a very kind and warm hearted person. She is a very great mother. She has 4 kids, 3 boys and 1 girl. They all see her in a familiar way as I do. When we visited her and her family she always greeted us with a positive mood and with a smile on her face. During parties she always offered us food when we arrived. She always made great parties for different occasions. like birthdays. She also brought gifts for people on their special days, their not any small gifts but huge or big gifts like large amounts of flowers, large toys to babies or any young person, or sometimes their just fun surprises! I almost never see her mad and when I do shes just stressed from her job or helping people out, but other people hate their own jobs or stress over all the time so its understandable that she sometimes gets mad. Overall she is a very great person and has a big heart.

Hello my name is Revilo I ham 11 Years
old, my tia Berta is a nice caring Person.
She Souldn't be in Jail for what she didn't
do. She Should be let go So she can spend
time with her family. These are tree reasons
why they should let her out. The first
reason is she didn't do any thithing wrong,
the second reson is she wants to be
with her kids because she misses
her children. The third reason is my
mom and grandma Cry them selfs to
sleep So thats why she should be
with her kids.

Regina Dominguez
○ (SSA) 358.4869
∞ F7016969

I Regina Dominguez am writing this letter in regards of my sister Berta Montano. I am the youngest sister out of all 4 of us. My whole life my sister and I have been the closest. She is a loving, beautiful, funny person. She will always find a way to cheer you up if your feeling down. My sister is a great mother to her children, and a hard worker. She would always find time for me when I was younger. I know people make mistakes in life but we can also learn from it. My sister has never been seperated from her kids and I know shes hurting and feels that she has failed. Her kids shouldn't have to feel alone and not safe. Her youngest child has nightmares of the night and is heart-breaking. All they want is a hug from their mom. So if you could please take inconsideration on her. We are all willing to ~~put~~ take accountability of her.

8-21-2025

A quien Corresponda

Yo Geronimo Vasqaez

quiero decirles que conosco a la señora "Berta Montaño desde ase, 17 años ella es mi cuñada por parte de mi esposa y siempre la he visto trabajando en sus granjas cultivando ejotes y vejetales ella es una persona muy trabajadora y sencilla y siempre a estado al pendiente de sus hijos y ellos ahorita les ase mucha falta por que ellos dependen mucho de ella yo he visto como sufren los niños por su ausencia y me duele el corazon verlos tristes poreso les ruego umildemente que tengan compacion de ella por sus pequeños; les pido que se toquen el corazon y que agan libre a Berta, aqui toda la familia la apoyamos para que cumpla con lo que ustedes le impongan de antemano mochas gracia Dios Los Bendiga

Atte Geronimo Vasqaez

(ssa)30l·8252

8/21/23

Hola mi nombre es Isabel Jimenez say la mama de Berta. Yo estoy muy triste por que mi hija no esta con sus hijos, o con migo. mi hija es una buena persona. me siento triste por no tener a mi hija conmigo porque siempr estamos juntas. Pero mas triste por que mis nietos estan solos, se sienten tristes por que les falta el Amor y cariño de mama, y papa. Yo pienso que quando uno es chikito como yo o usted pensamos que nunca vamos a ver a nuestros papas. Por eso le pido, le suplico que sea justo y generoso y que se conmueve de mis Nietos. Que estan chikitos y estan sufriendo por su mama y papa. por eso le pido con toda mi Alma que le de la libertad A mi Hija. Se lo pido de Todo Corazon apiadese de esta madre que sufre y que llore por ver a su hija donde esta. Señor porfavor

dale otra oportonidad a mi hija.

Isabel Jimenez
3105 s, Hughes Fresno
CA 93706
numero telephone:
(ssa) 301·8252

A quien corresponda

Mi nombre es Leticia Montano
Soy hermana de Berta Montano
ella es una exelente persona
Umilde y trabajadora siempre
al pendiente de sus hijos mi hermana
es muy amoroso con sus hijos por
eso les pido que se toquen el
corazon por que mis sobrinos estan
sufriendo por su mamá todos pero
sobre todo el mas pequeño que
depende de su mama ellos estan muy
acostumbrados con su mamá y ahora
que no esta ellos estan sofriendo
todo la familia esta triste por
eso les pido que mi hermana
este con sus hijos.
mi hermana es muy importante para
nosotros por que ella siempre esta al
pendiente de todos Pero sobre todo
de sos hijos.
Muchas gracias y que Dios los
bendiga.

Leticia Montano

(559) 2310209          8/22/23

8/22/23

My aunt is one of the best and most kindest persons I know. I remember when I was young she would always look out for me. No matter if it's early in the morning or late at night she would always take care of her nieces/nephews. She would always make sure everyone was taken care of. If you ever got hungry she would feed you even if she didn't have food all ready prepared. Family was the most important thing to her abae all else and would protect them forever. I have seen first hand on many occasions how she treats every one with love. Especially her children because they are her world. I've seen my friend interact with their parents and vise-versa but never in the way my aunt and her children interact. They had the closest bond you could possibly imagine and nothing but trust between them. She would always be there for then in their highest and lowest monents. because my aunt is kind, caring, and one of best people I know to this day. Love montana